COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
| | § | No. 08-17-00069-CR |
| | § | Appeal from the |
| EX PARTE:  LUIS RAMOS | § | 409th District Court |
| | § | of El Paso County, Texas |
| | § | (TC# 2016DCV3258) |
| | § | |

## CORRECTED  JUDGMENT

The Court has considered this cause on the record and concludes there was error in the judgment.  We therefore reverse the judgment and remand for further proceedings, in accordance with the opinion of this Court.  This decision shall be certified below for observance.

IT IS SO ORDERED THIS 6TH DAY OF MARCH, 2019.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.